United States Bankruptcy Court
Central District of California

In re:  
Alma Almendariz  
     Debtor

Case No. 17-15880-MJ  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-6     User: smalcolmC     Page 1 of 1     Date Rcvd: Aug 22, 2017  
                   Form ID: van151     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.

```
db             +Alma Almendariz,    17689 Granada Avenue,    Fontana, CA 92335-5034
cr             +Gretabel Holdings, Inc.,    C/O James Mortensen,    2855 Michelle Drive Suite 120,
                 Irvine, CA 92606-1025
37934778       +Alma Armandariz,    17689 Granada Avenue,    Fontana, CA 92335-5034
37934780       +Carrington Mortgage,    Carrington Property Services, LLC,    P.O. Box 3610,
                 Anaheim, CA 92803-3610
37934779        Chase Bank,    Po box 181861,    Colombus, OH. 43218
37934782       +Sandcastle Trustee Services,    2620 Regatta Dr Ste 102,    Las Vegas, NV 89128-6892
37934781       +Trustee Corps,    17100 Gillette Ave,    Irvine, CA. 92614-5603
37934783       +Wells Fargo Bank,    PO Box 4221,    Anaheim, CA 92803-4221
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             EDI: EDD.COM Aug 23 2017 02:08:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Aug 23 2017 02:08:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
                                                                                               TOTAL: 2
```

        \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:

```
              James   Mortensen     on behalf of Creditor    Gretabel Holdings, Inc. pimmsno1@aol.com
              Marc E Grossman    on behalf of Debtor Alma   Almendariz marc@wefight4you.com
              Neil R Hedtke    on behalf of Debtor Alma   Almendariz hedtkelg@gmail.com,
               hedtkeecf@gmail.com;r42667@notify.bestcase.com
              Rod (MJ) Danielson (TR)    notice-efile@rodan13.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

## United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501–3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 109(g)]

**DEBTOR INFORMATION:**
Alma Almendariz

**BANKRUPTCY NO.** 6:17–bk–15880–MJ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–7832
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 8/22/17

**Address:**
17689 Granada Avenue
Fontana, CA 92835

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed;
(2) the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law; and
(3) pursuant to Bankruptcy Code Section 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: August 22, 2017

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van151–od13b Rev. 06/2017

**23 – 19 / MAL**